RECEIVED: 2/14/22
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

Roosevelt Appleton 71174-019
Federal Prison Camp
P.O. Box 2000
Lewis Burg, PA 17837

United States of America vs Roosevelt Appleton
1:17CR70

To: The Honorable Judge Crone

Your Honor I'm writing you in request of some form of relief, be it Compassionate Release, Reduction in Sentence or Furlough. (I mention Furlough because I'm currently "out" custody)

Being as you sentenced me to serve 10 years and I accept my sentence. The problem I'm having is that "The Federal Bureau Of Prisons" (FBOP) is not able to garauntee my safety from this Corona Virus. If it wasnt for this Corona Virus I would not be writing you.

The problem is that every facility I've been placed in since the Corona virus came about is putting my health at risk & it's scary. I have Asthma & I'm overweight.

I filed compassionate release to you in April of 2020. (The prosecution attacked my Asthma & FCI Elkton wasnt doing their Job properly & wasnt trying to give me my Inhalers & it was a very trying time. Since leaving there & Arriving at FCI Ft Dix After physical they placed me on 2 Inhalers.) You denied me. Since then I tested Positive in July of 2020 and I was

sick & I feared for my life. Then the FBOP moved 300 of us to FCI Ft Dix from FCI Elkton for over population & when we got there the FCI at Ft Dix Didn't have any cases only their Camp. We got there Sept. 28 2020 & By December 2020 There was a Breakout & Ft Dix had the most Cases in the FBOP. I said that to say the FBOP Isn't handling this corona virus correctly & their putting peoples lives at Risk, Hence I'm writing you Now. I'm currently at Lewisburg Camp in Pennsylvania & there's Been Another Breakout and It's really bad. I was sick In the Bed for 6 Days. The Medical are using Rapid test to test the entire Compound & the Rapid test are inaccrate. They moved inmates around, giving people false positives then moving them in Units & out of Units & Exposing everyone to this Super Contagious Disease. The officers not all But the majority aren't wearing any form of PPE & That's more exposure. Plus the officers Constantly come inside the housing Units Searching the Unit Without Any PPE (Proper protective Equipment) which is Exposure also & Inmates who are Vaccinated tested Positive & Was Sick. We can't Properly social Distance in here Because we are Double Bunked. (Bunk Beds, 2 to Each Cubicle)

Again your honor I'm Asking for Some form of Relief. You Sentenced me to serve my time But Not Death & The Way the FBOP is handling this we Don't know what the outcome may Be. I'm Not Trying to get out of my time I Just Want to Be certain I return to my children (4 Boys Ages 26, 16, 7, 5 & 1 Girl Age 15)

Also I haven't seen my children in nearly 2 years with what's going on with this Corona Virus which means I haven't been able to hug them, kiss them or see them & that's hard on me. My children are a Big Part of my life & I made mistakes, But I'm getting it together & I take full responsibility for my choices your honor, But No one foreseen this Corona Virus Crippling our Great Nation the way it has.

With that Being Said Please your Honor find it in your heart to give me some form of Relief.

In Conclusion I want you to know that I have a Squeaky Clean Disciplinary Record & I'm Low Recidivism Level & Since Entering the FBOP I'm a Medium Security AT Gilmer West Virginia, my points Dropped (for good Behavior & programming) & I went to a Low Security AT ELKTON Ohio. then Ft Dix New Jersey also a Low Security (was moved there Due to the Corona Virus) & Now I'm AT A Camp in Lewisburg Pennsylvania, So your Honor I'm Doing my part & Doing my Time the Right way (taking Programs to Better myself & Staying out of trouble) But your honor these are extreme & compelling Circumstances so I'm Asking for your help please.

Thank You

Roosevelt Appleton Sr.

Roosevelt Appleton Sr.
71174-019

Inmate Name: Roosevelt Appleton
Register Number: 71174-019

Federal Prison Camp
P.O. Box 2000
Lewisburg, PA  17837



HARRISBURG PA   171
3 FEB 2022   PM 3  L

Honorable Judge Crone
300 Willow Street Suite #239
Beaumont, Texas 77701

77701-220064