| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 1:17CR00070-3 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Roosevelt Appleton Sr. | DISTRICT Eastern District of Texas | DIVISION Beaumont Division |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Marcia A. Crone U.S. District Judge | |
| | PROJECTED DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 17, 2024 — TO May 16, 2029 |

**OFFENSE**

21:846, 21:841(b)(1)(A) – Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms or More of Cocaine

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of New York upon that Court's order of acceptance of jurisdiction.

_4/24/23_
Date

_[signature] U.S. District Judge Marcia A. Crone_

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_5-9-2023_
Effective Date

_[signature] United States District Judge_

FILED: **5/10/23**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK